IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

SHERYL S. DOBBRATZ,

    Plaintiff,

v.

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 12-cv-786-bbc

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered affirming the decision of defendant Carolyn W. Colvin denying plaintiff Sheryl S. Dobbratz's application for disability insurance benefits.

| /s/ | 7/30/13 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |