IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

SHERYL S. DOBBRATZ,

    Plaintiff,                            JUDGMENT IN A CIVIL CASE

v.                                            Case No. 12-cv-786-bbc

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

    Defendant.

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered affirming the decision of defendant Carolyn W. Colvin denying plaintiff Sheryl S. Dobbratz's application for disability insurance benefits.

 

        /s/                                             7/30/13
Peter Oppeneer, Clerk of Court                   Date